IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY F. SHIRLEY, | : |
| Plaintiff, | : |
| v. | :   CIVIL ACTION 03-0450-M |
| KIMBERLY-CLARK CORPORATION PENSION PLAN and KIMBERLY-CLARK CORPORATION MEDICAL PLAN, | : |
| Defendants. | : |

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendants Kimberly-Clark Corporation Pension Plan and Kimberly-Clark Corporation Medical Plan, and against Plaintiff Larry F. Shirley, on all claims.

DONE this 9th day of June, 2005.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE